

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE ANTONIO DIAZ, JR., | § | No. 08-11-00041-CR |
| Appellant, | § | Appeal from the |
| v. | § | 78th Judicial District Court |
| THE STATE OF TEXAS, | § | of Wichita County, Texas |
| Appellee. | § | (TC#48,262-B) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF FEBRUARY, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.